UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEONG-SUK NO,

                      Plaintiff,

-against-

SALVATION ARMY, Markle Residence,

                      Defendant.

19-CV-11282 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By order dated February 4, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order noted that since filing the complaint, Plaintiff had submitted over a dozen illegible documents to the Court, and directed that he include any allegations he would like the Court to consider in a single amended complaint. That order further specified that failure to file an amended complaint would result in dismissal of the action. Plaintiff has not filed an amended complaint. Plaintiff has instead submitted nine self-styled "letters," "notices," or "motions" since the Court issued its order to amend. Like Plaintiff's previous filings, these documents are also largely illegible and incoherent. (*See* ECF Nos. 27-35.) Most of them appear to relate to other actions that Plaintiff has filed and none of them is responsive to the Court's February 4, 2020 order to amend.[1] Accordingly, the Court dismisses the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

---

[1] Due to Plaintiff's pattern of frivolous and vexatious litigation, by order dated February 25, 2020, the Court barred Plaintiff from filing any civil actions in this Court without first obtaining from the Court leave to file. *See No v. Republic of Korea*, ECF 1:20-CV-0655, 8 (S.D.N.Y. Feb. 25, 2020). Plaintiff filed this action before the Court issued its bar order.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court dismisses the complaint for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to terminate all pending motions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 27, 2020
         New York, New York

                                            COLLEEN McMAHON
                                    Chief United States District Judge