UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEONG-SUK NO,<br><br>       Plaintiff,<br><br>  -against-<br><br>SALVATION ARMY, Markle Residence,<br><br>       Defendant. | 19-CV-11282 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 27, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 27, 2020
    New York, New York

                   COLLEEN McMAHON
                   Chief United States District Judge